**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company, MSPA CLAIMS I, LLC, a Florida limited liability company, and Series PMPI, a designated series of MAO-MSO Recovery II, LLC, a Delaware series limited liability company on behalf of themselves and all others similarly situated, | |
| Plaintiff, | Case No. 1:20-CV-11418 |
| v. | |
| CARING VOICE COALITION, INC. AND UNITED THERAPEUTICS, CORPORATION, | |
| Defendants. | |

## UNITED THERAPEUTICS CORPORATION'S CORPORATE DISCLOSURE

Defendant United Therapeutics Corporation ("Defendant"), pursuant to Federal Rule of Civil Procedure 7.1, files this Corporate Disclosure Statement and states:

1. Defendant is a Delaware corporation.

2. Defendant has no parent corporation.

3. BlackRock Inc., collectively through different BlackRock entities, may own 10% or more of its stock.

Dated this 10th day of November, 2020.

*/s/Martin F. Murphy*
Martin F. Murphy, Bar No. 363250
**FOLEY HOAG LLP**
Seaport West155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: 617.832.1213
Fax: 617.832.7000
mmurphy@foleyhoag.com

Andrew S. Tulumello (*pro hac vice* forthcoming)
Geoffrey M. Sigler (*pro hac vice* forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Fax: 202.530.9678
atulumello@gibsondunn.com
gsigler@gibsondunn.com

Deborah Stein (*pro hac vice* forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue,
Los Angeles, CA 90071
Telephone: 213.229.7164
Fax: 213.229.6164
dstein@gibsondunn.com

*Attorneys for Defendant United Therapeutics Corporation*

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 10, 2020, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Massachusetts, using the Electronic Case Filing system. The Electronic Case Filing system sent a "Notice of Electronic Filing" to all counsel of record.

                                            */s/ Martin F. Murphy*

FH5204459.1