# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company, MSPA CLAIMS I, LLC, a Florida limited liability company, and Series PMPI, a designated series of MAO-MSO Recovery II, LLC, a Delaware series limited liability company on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARING VOICE COALITION, INC. AND UNITED THERAPEUTICS, CORPORATION,<br><br>　　　　　Defendants. | Case No. 1:20-CV-11418 |

## NOTICE OF APPEARANCE

　　　　Joanna L. McDonough of Foley Hoag LLP hereby enters her appearance for Defendant United Therapeutics Corporation.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Joanna L. McDonough*
　　　　　　　　　　　　　　　　　　　　　Joanna L. McDonough, BBO #699056
　　　　　　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　　　　Tel:  617-832-1000
　　　　　　　　　　　　　　　　　　　　　Fax:  617-832-7000
　　　　　　　　　　　　　　　　　　　　　jmcdonough@foleyhoag.com

Dated: November 12, 2020

1