# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company, MSPA CLAIMS I, LLC, a Florida limited liability company, and Series PMPI, a designated series of MAO-MSO Recovery II, LLC, a Delaware series limited liability company, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>CARING VOICE COALITION, INC. AND UNITED THERAPEUTICS CORPORATION,<br><br>     Defendants. | Case No. 20-cv-11418 |

## DEFENDANT UNITED THERAPEUTICS CORPORATION'S MOTION TO TRANSFER VENUE TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Pursuant to 28 U.S.C. § 1404(a), Defendant United Therapeutics Corporation respectfully moves to transfer this case to the U.S. District Court for the Southern District of Florida. Defendant relies on the Memorandum of Law filed contemporaneously herewith as grounds for this Motion.

Dated: December 9, 2020      Respectfully Submitted,

                /s/ *Joanna L. McDonough*

                Martin F. Murphy, MA Bar No. 363250
                Joanna L. McDonough, MA Bar No. 699056
                FOLEY HOAG LLP
                Seaport West, 155 Seaport Boulevard
                Boston, MA 02210-2600
                Telephone: 617.832.1213
                Fax: 617.832.7000
                mmurphy@foleyhoag.com

jmcdonough@foleyhoag.com

Andrew S. Tulumello (*pro hac vice forthcoming*)
Geoffrey M. Sigler (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Fax: 202.530.9678
atulumello@gibsondunn.com
gsigler@gibsondunn.com

Deborah Stein (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071
Washington, DC 20036
Telephone: 213.229.7164
Fax: 213.229.6164
dstein@gibsondunn.com

*Attorneys for Defendant United Therapeutics Corporation*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant respectfully requests that this court schedule a hearing for oral argument in connection with this Motion and Request. Defendant contends that such argument would facilitate the Court's efforts to resolve the issues presented herein.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that Deborah Stein, counsel for Defendant with Gibson, Dunn & Crutcher LLP, conferred with counsel for Plaintiffs by phone on November 23, 2020, in a good-faith attempt to resolve or narrow the issue presented in this motion, and Plaintiffs' counsel opposes the requested relief.

/s/ *Joanna L. McDonough*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2020, I filed the foregoing document with this Court using the CM/ECF filing system. This system sends notifications of such filing and service to all counsel of record.

/s/ *Joanna L. McDonough*