# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company, MSPA CLAIMS I, LLC, a Florida limited liability company, and Series PMPI, a designated series of MAO-MSO Recovery II, LLC, a Delaware series limited liability company, on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>UNITED THERAPEUTICS CORPORATION<br><br>                Defendant. | Civil Action No.<br><br>21-cv-21317-GAYLES |

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **10/9/2023**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, 10/4/2023**. A **Status Conference** will be held at **10:00 a.m. on Wednesday, 6/28/2023.** The parties shall adhere to the following schedule:[1]

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **10/15/2021** |
| 2. | Motion for judgment on the pleadings to be filed by | **10/15/2021** |
| 3. | Fact discovery shall be completed by | **9/6/2022** |
| 4. | Plaintiffs to serve all fact and all expert evidence and reports in accordance with Rule 26(a)(2) in support of class certification and deadline for plaintiffs to file motion for class certification by | **10/6/2022** |

---

[1] Written explanations for each minor deviation are detailed on page 2 of the Joint Scheduling Report.

EXHIBIT "A"

| | | |
|---|---|---|
| 5. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **1/31/2023** |
| 6. | Plaintiffs shall disclose any additional experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **12/6/2022** |
| 7. | Defendant shall disclose any additional experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **2/6/2023** |
| 8. | Exchange of Plaintiffs' rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **2/20/2023** |
| 9. | Exchange of Defendant's rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **3/20/2023** |
| 10. | Expert discovery shall be completed by | **3/20/2023** |
| 11. | Mediation shall be completed by | **6/1/2023** |
| 12. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **5/1/2023** |
| 13. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **7/7/2023** |
| 14. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **8/9/2023** |
| 15. | Joint pretrial stipulation, proposed joint jury instructions, proposed jointverdict form, and/or proposed findings of fact and conclusions of law must be filed by | **9/8/2023** |
| 16. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **9/29/2023** |

By:   */s/ Eduardo Bertran*  
      Eduardo Bertran, FL Bar No. 94087  
      ARMAS BERTRAN ZINCONE  
      4960 SW 72nd Ave., Suite 206  
      Miami, FL 33155  
      Telephone: 305.661.201  
      ebertran@armaslaw.com

*/s/ Raquel A. Rodriguez*  
Raquel A. Rodriguez, FL Bar No. 511439  
Miranda L. Soto, FL Bar No. 637963  
Daniel R. Lazaro, FL Bar No. 99021  
BUCHANAN INGERSOLL & ROONEY PC  
2 South Biscayne Blvd, Suite 1500  
Miami, FL 33131-1822  
Telephone: 305.347.5913  
Fax: 305.347.4089  
raquel.rodriguez@bipc.com  
miranda.soto@bipc.com  
dan.lazaro@bipc.com

Andrew S. Tulumello (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW
Washington, DC 20036
Telephone: 202.682.7100
drew.tulumello@weil.com

EXHIBIT "A"