# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company, MSPA CLAIMS I, LLC, a Florida limited liability company, and Series PMPI, a designated series of MAO-MSO Recovery II, LLC, a Delaware series limited liability company, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED THERAPEUTICS CORPORATION <br><br> Defendant. | Civil Action No. <br><br> 21-cv-21317-GAYLES |

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | **Motions to Dismiss** | Yes _____ | No   X   |
| 2. | **Motions for Summary Judgment** | Yes _____ | No   X   |
| 3. | **All Pretrial Motions** | Yes _____ | No   X   |
| 4. | **Discovery** | Yes   X   | No _____ |
| 5. | **Other (*explain below*)** | Yes _____ | No   X   |

By:   */s/ Eduardo Bertran*  
Eduardo Bertran, FL Bar No. 94087  
ARMAS BERTRAN ZINCONE  
4960 SW 72nd Ave., Suite 206  

*/s/ Raquel A. Rodriguez*  
Raquel A. Rodriguez, FL Bar No. 511439  
Miranda L. Soto, FL Bar No. 637963  
Daniel R. Lazaro, FL Bar No. 99021  

EXHIBIT "B"

-2-

<table>
<tr><td>
Miami, FL 33155<br>
Telephone: 305.661.201<br>
ebertran@armaslaw.com
</td><td>
BUCHANAN INGERSOLL & ROONEY PC<br>
2 South Biscayne Blvd, Suite 1500<br>
Miami, FL 33131-1822<br>
Telephone: 305.347.5913<br>
Fax: 305.347.4089<br>
raquel.rodriguez@bipc.com<br>
miranda.soto@bipc.com<br>
dan.lazaro@bipc.com<br>
<br>
Andrew S. Tulumello (*pro hac vice*)<br>
WEIL, GOTSHAL & MANGES LLP<br>
2001 M Street NW<br>
Washington, DC 20036<br>
Telephone: 202.682.7100<br>
drew.tulumello@weil.com
</td></tr>
</table>

EXHIBIT "B"