**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-21317-GAYLES/TORRES**

**MSP RECOVERY CLAIMS, SERIES LLC,**
**a Delaware series limited liability company,**
**MSPA CLAIMS I, LLC, a Florida limited**
**liability company, SERIES PMPI, a designated**
**series of MAO-MSO Recovery II, LLC, a**
**Delaware series limited liability company, and**
**MSP RECOVERY CLAIMS SERIES 44, LLC,**
**on behalf of themselves and all others similarly**
**situated**,

      Plaintiffs,

v.

**CARING VOICE COALITION, INC., a**
**Delaware corporation, UNITED**
**THERAPEUTICS CORPORATION, an Idaho**
**nonprofit corporation, and SMITHS**
**MEDICAL ASD, INC., a Delaware corporation**,

      Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report

and Recommendation (the "Report") [ECF No. 163] regarding Defendants', United Therapeutics

Corporation and Smiths Medical ASD, Inc., motions to dismiss (the "Motions") [ECF Nos. 129,

143]. On November 5, 2021, the Court referred this case to Judge Torres, pursuant to 28 U.S.C.

§ 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and

recommendation on all dispositive matters. [ECF No. 106]. On July 21, 2022, Judge Torres issued

his Report recommending that the Court grant the Motions without prejudice. The parties timely

filed objections, [ECF Nos. 166, 167], and responses, [ECF Nos. 168, 169, 170].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that Defendants' Motions should be granted without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 163], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2.    Defendant United Therapeutics Corporation's Motion to Dismiss, [ECF No. 129], is **GRANTED without prejudice**.

3.    Defendant Smiths Medical ASD, Inc.'s Motion to Dismiss, [ECF No. 143], is **GRANTED without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of September, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE