**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-cv-21317-GAYLES/TORRES

MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company, MSPA CLAIMS I, LLC, a Florida limited liability company, and Series PMPI, a segregated series of MAO-MSO RECOVERY II, LLC, a Delaware series limited liability company, and MSP RECOVERY CLAIMS SERIES 44, LLC, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

CARING VOICE COALITION, INC.; UNITED THERAPEUTICS CORPORATION; SMITHS MEDICAL ASD, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS HOLDING COMPANY; ACCREDO HEALTH GROUP; CVS HEALTH CORPORATION; and ADIRA FOUNDATION,

    Defendants.

## NOTICE OF STRIKING DOCKET ENTRY NO. 221

Notice is hereby given of striking Docket Entry No. 221, Defendants' Expedited Motion for Extension of Time to Respond to Plaintiffs' Second Amended Complaint for inadvertently having associated the undersigned with the other named Defendants. This document will be refiled shortly.

Dated: January 23, 2023

Respectfully Submitted,
*/s/ Raquel A. Rodriguez*
Raquel A. Rodriguez, FL Bar No. 511439
Miranda L. Soto, FL Bar No. 637963
Daniel R. Lazaro, FL Bar No. 99021
BUCHANAN INGERSOLL & ROONEY PC
2 South Biscayne Blvd, Suite 1500
Miami, FL 33131-1822
Telephone: 305.347.5913
Fax: 305.347.4089
raquel.rodriguez@bipc.com
miranda.soto@bipc.com
dan.lazaro@bipc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2023, I filed the foregoing document with this Court using the CM/ECF filing system. This system sends notifications of such filing and service to all counsel of record.

*/s/ Raquel A. Rodriguez*
Raquel A. Rodriguez