| | |
|---|---|
| **From:** | Dan Lazaro |
| **To:** | Adam Akeel; McCarthy, Ryan P.; Lang, Tom |
| **Cc:** | mmena@msprecoverylawfirm.com; John Cleary; Miranda L. Soto; Raquel A. Rodriguez; Tulumello, Drew; Barrington, Luna; Curtis, Aaron J.; Kleinwaks, Jason; Boyle, Peter; Fahmy, Tina; David L. Ferguson; Maggie Fowler; Janpaul Portal; Shereef Akeel; Sam Simkins; Daniel Cermak; Hayden Pendergrass; Hasbun, Marcos E.; Emad Hamadeh; Tanya Kurtz; Aida Landa; Suehiro, Megan A.; Eduardo Bertran; Papkin, Matthew; Sitarchuk, Eric W. |
| **Subject:** | RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.) |
| **Date:** | Friday, February 17, 2023 12:21:08 PM |
| **Attachments:** | image001.png |

Adam,

We cannot adequately consider your request without additional information and the exhibit itself. You have not provided any explanation for why you are now seeking to include this information for the first time two and a half years into this litigation, or why this could not have been included with any of the three complaints you have now filed. Please provide the following information specifically addressing each of the following questions:

1. When did you first come into possession of the documents or information underlying the spreadsheet you seek to submit?
2. How did you obtain these underlying documents or information and from whom?
3. What processes did you use to generate this information?
4. When did you begin that process and how long did it take?

Also, you say in your email that you "must act with a sense of urgency in notifying the Court of the existence of claims data affirmatively establishing the fact that Plaintiffs' Assignors paid for claims relating to drugs directly tied to the Co-Pay Circumvention Scheme." But that urgency existed long before the Court ruled on these motions, as we've made clear time and again. Without knowing the specific information above, we cannot determine why or how long you have delayed in seeking to add this information to the pleadings. Moreover, without seeing the information of which you refuse to provide, we respectfully disagree with your claim that the defendants will have sufficient time in advance of March 3 to make necessary adjustments to the briefing and ask that you reconsider your position on the issue of a 30-day extension to the motion to dismiss deadlines.

Finally, your accusations that the defendants are the ones "further delaying proceedings" is baffling. If you scroll down the email chain you replied to, you'll recall that it took you *three days* to provide Plaintiffs' position on a simple motion for extension of time. On this issue, you first raised your plan to move to supplement the operative complaint with a vaguely described exhibit for the first time yesterday afternoon. The defendants responded *the same day* asking to see the exhibit for which you asked defendants' consent to file. In the Southern District of Florida, sending an email and demanding a near-immediate response and then filing a motion before having an actual substantive discussion with opposing counsel does not amount to a

**EXHIBIT A**                                                             1

good faith conference. Inexplicably, you continue to refuse to provide the defendants with the exhibit that you intend to file shortly. If this information is already in the defendants' possession as you claim and will soon be filed in the public record, what is your objection to providing it now?

Rather than lengthy emails back and forth, we maintain that a brief phone conference with *all* defendants will be beneficial to resolving these issues. Please let us know when you are available.

**Dan Lazaro**
Counsel

One Biscayne Tower
Two South Biscayne Boulevard
Suite 1500
Miami, FL  33131-1822
305 347 4081 (o)
dan.lazaro@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**

**From:** Adam Akeel <adam@akeelvalentine.com>
**Sent:** Friday, February 17, 2023 1:39 AM
**To:** McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Lang, Tom <TLang@kilpatricktownsend.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Boyle, Peter <PBoyle@kilpatricktownsend.com>; Fahmy, Tina <CFahmy@kilpatricktownsend.com>; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Eduardo Bertran <ebertran@armaslaw.com>; Dan Lazaro <dan.lazaro@bipc.com>; Papkin, Matthew <matthew.papkin@morganlewis.com>; Sitarchuk, Eric W. <eric.sitarchuk@morganlewis.com>
**Subject:** Re: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

Counsel -

Given these new findings, the Court's prior rulings, and pending motion, we must act with a sense of urgency in notifying the Court of the existence of claims data affirmatively establishing the fact that Plaintiffs' Assignors paid for claims relating to drugs directly tied to the Co-Pay Circumvention Scheme.

That said, we are seeking concurrence in good faith, not asking for permission. The purpose of the rule is to avoid unnecessary motion practice for straightforward procedural matters. Also, keep in mind, a party cannot unreasonably withhold consent.  Withholding consent with the intent of further delaying proceedings is certainly unreasonable.

Here, you have the information necessary to make an informed decision. We have pled allegations regarding damages sustained by Plaintiffs' Assignors as a result of fraudulent racketeering activity and anticompetitive conduct by Defendants. We simply seek to inform the Court we've identified specific claims that substantiate the allegations already made in our pleading, and to address any concerns the Court may have regarding whether Plaintiffs' Assignors paid for claims for beneficiaries that were funneled by Defendants through CVC. If anything, this should simplify briefing on your end by resolving certain alleged pleading deficiencies raised in prior briefing.

Also, given the fact the Court has provided you all with nearly four full months to respond to the Second Amended Complaint, we believe you have sufficient time from now until March 3rd to make any necessary adjustments to briefing (i.e., by omitting certain arguments regarding Rule 9(b) and proximate causation rendered futile in this case with the introduction of identifying claims data paid as a result of the Co-Payment Circumvention Scheme).

The proposed Exhibit will identify the Assignors that paid the relevant claims, the drugs that were paid for, and the dates of service. This is information already within Defendants' possession. At this time, the specific identification of those claims via email are irrelevant to your ability to determine whether you will concur or object to simply attaching claims data to our pleading, as permitted by the rules. We will not exchange pre-discovery, off-the-record, claims data evidence with you, without the necessary clearance and intent to engage in facilitative efforts.

I respectfully urge each of you to reconsider your position. Given the urgency with which we must act in order to provide the Court notice of these new findings and to provide you with sufficient time to consider the proposed Exhibit before your March 3rd deadline, we will proceed as planned.

Regarding your requested phone call, given my experiences thus far in this case, I prefer our communications regarding formal matters, such as this, be in writing, where feasible. This is my personal preference. That said, my team and I can make ourselves available to meet with each of you informally, upon request with proposed dates and times.

Finally, we will oppose any efforts to further delay proceedings in this case.

Unless we hear otherwise, we will notify the court that consent was sought and has thus far been withheld.

Thank you

Adam S. Akeel, Esq.
**Akeel & Valentine, PLC**
888 W. Big Beaver Road
Suite 420
Troy, MI 48084
Tel: (248) 269-9595

**EXHIBIT A** 3

Cell: (248) 229-2935
Email: adam@akeelvalentine.com
www.akeelvalentine.com



**From:** McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>
**Sent:** Thursday, February 16, 2023 7:29:39 PM
**To:** Lang, Tom <TLang@kilpatricktownsend.com>; Adam Akeel <adam@akeelvalentine.com>
**Cc:** mmena@msprecoverylawfirm.com <mmena@msprecoverylawfirm.com>; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Boyle, Peter <PBoyle@kilpatricktownsend.com>; Fahmy, Tina <CFahmy@kilpatricktownsend.com>; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Eduardo Bertran <ebertran@armaslaw.com>; Dan Lazaro <dan.lazaro@bipc.com>; Papkin, Matthew <matthew.papkin@morganlewis.com>; Sitarchuk, Eric W. <eric.sitarchuk@morganlewis.com>
**Subject:** Re: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

The Express Scripts and Accredo defendants have the same position and same request. Thanks.


**Ryan P. McCarthy**

**Morgan, Lewis & Bockius LLP**

1701 Market St. Philadelphia, PA 19103

1111 Pennsylvania Ave. N.W. Washington, DC 20004

Direct: +1.215.963.5412 | Mobile: +1.610.730.0056

ryan.mccarthy@morganlewis.com

**From:** Lang, Tom <TLang@kilpatricktownsend.com>
**Sent:** Thursday, February 16, 2023 7:27:12 PM
**To:** Adam Akeel <adam@akeelvalentine.com>
**Cc:** mmena@msprecoverylawfirm.com <mmena@msprecoverylawfirm.com>; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Boyle, Peter <PBoyle@kilpatricktownsend.com>; Fahmy, Tina <CFahmy@kilpatricktownsend.com>; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com <matthew.papkin@morganlewis.com>; eric.sitarchuk@morganlewis.com <eric.sitarchuk@morganlewis.com>; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Eduardo Bertran <ebertran@armaslaw.com>; Dan Lazaro <dan.lazaro@bipc.com>
**Subject:** RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

[EXTERNAL EMAIL]
Adam,

Smiths takes the same position as UT and CVS.   Please note that on your motion.

Regards,

Tom


**Thomas J. Lang**
**Kilpatrick Townsend & Stockton LLP**
Suite 900 | 607 14th Street, NW | Washington, DC  20005-2018
office 202 508 5830 | fax 202 380 0523
tlang@kilpatricktownsend.com | My Profile | VCard

---

**From:** Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Sent:** Thursday, February 16, 2023 6:35 PM
**To:** Dan Lazaro <dan.lazaro@bipc.com>; Adam Akeel <adam@akeelvalentine.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; Boyle, Peter <PBoyle@kilpatricktownsend.com>; Fahmy, Tina <CFahmy@kilpatricktownsend.com>; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler

<maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com; eric.sitarchuk@morganlewis.com; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Eduardo Bertran <ebertran@armaslaw.com>
**Subject:** RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

CVS is likewise unable to stipulate or object to the proposed exhibit without reviewing it. If plaintiffs proceed with filing the motion, please also note that CVS requested a copy of the proposed exhibit to review and consider it.  CVS is available for a meet and confer by phone as recommended by UT.

Thank you Adam.

Marcos



**Marcos Hasbun**
**Zuckerman Spaeder LLP**
mhasbun@zuckerman.com

101 EAST KENNEDY BOULEVARD, SUITE 1200 • TAMPA, FL 33602-5838
813.321.8220 direct • 813.226.7250 mobile • 813.223.7961 fax

▶ Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

**From:** Dan Lazaro <dan.lazaro@bipc.com>
**Sent:** Thursday, February 16, 2023 6:25 PM
**To:** Adam Akeel <adam@akeelvalentine.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J.

**EXHIBIT A**                                        **6**

<Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; PBoyle@kilpatricktownsend.com; cfahmy@kilpatricktownsend.com; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com; eric.sitarchuk@morganlewis.com; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Eduardo Bertran <ebertran@armaslaw.com>

**Subject:** RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

**EXTERNAL**

Adam:

As you are likely aware, Local Rule 7.1 requires Plaintiffs to confer in good faith before filing the motion. Just yesterday the Court noted Plaintiffs' failure to comply with this exact local rule on a previous motion. It is not a good faith conferral to request that UT stipulate to a supplemental pleading and proposed exhibit and refuse to reveal the supplemental pleading and exhibit unless UT first consents to the amendment. If you nonetheless choose to file the motion, please state UT's position that UT was unable to stipulate or object to the proposed exhibit because Plaintiffs refused to provide it to UT before filing their motion.

In a related matter, your anticipated motion and refusal to provide the exhibit creates an issue with the motion to dismiss briefing schedule. UT and the other Defendants' responses to the operative complaint are due in 15 days on March 3rd. Your motion will not be ripe for ruling before March 3rd. If you intend on filing your motion without the required conferral, please advise if you are agreeable to a motion to dismiss deadline 30 days after the Court rules on Plaintiffs' anticipated motion to supplement the operative complaint.

Because these issues are better resolved by phone, I recommend scheduling a call with all parties to discuss these matters before we go to the Court. Please let us know when you are available.

Thanks,
Dan

**Dan Lazaro**
**Counsel**

One Biscayne Tower

**EXHIBIT A**                                                7

Two South Biscayne Boulevard
Suite 1500
Miami, FL  33131-1822
305 347 4081 (o)
dan.lazaro@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**

**From:** Adam Akeel <adam@akeelvalentine.com>
**Sent:** Thursday, February 16, 2023 5:05 PM
**To:** Dan Lazaro <dan.lazaro@bipc.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; PBoyle@kilpatricktownsend.com; cfahmy@kilpatricktownsend.com; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com; eric.sitarchuk@morganlewis.com; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Eduardo Bertran <ebertran@armaslaw.com>
**Subject:** RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

Thank you, Dan. We will proceed with placing it on the record for your review. If, after review, you stipulate to the relief sought, we will withdraw our motion and replace it with a stipulation.

Adam S. Akeel, Esq.
**Akeel & Valentine, PLC**
888 W. Big Beaver Road
Suite 420
Troy, MI 48084
Tel: (248) 269-9595
Cell: (248) 229-2935
Email: adam@akeelvalentine.com
Website: www.akeelvalentine.com



**From:** Dan Lazaro <dan.lazaro@bipc.com>
**Sent:** Thursday, February 16, 2023 4:58 PM
**To:** Adam Akeel <adam@akeelvalentine.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; PBoyle@kilpatricktownsend.com; cfahmy@kilpatricktownsend.com; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com; eric.sitarchuk@morganlewis.com; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Eduardo Bertran <ebertran@armaslaw.com>
**Subject:** RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

Adam:

I write on behalf of UT only as I cannot speak for the other Defendants. UT is unable to stipulate or object to the proposed exhibit without reviewing it. Once we have had reasonable time to review the proposed exhibit, we will advise accordingly.

Thanks,
Dan

**Dan Lazaro**
**Counsel**

One Biscayne Tower
Two South Biscayne Boulevard
Suite 1500
Miami, FL  33131-1822
305 347 4081 (o)
dan.lazaro@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**EXHIBIT A**                                             9

**Buchanan Ingersoll & Rooney PC**

**From:** Adam Akeel <adam@akeelvalentine.com>
**Sent:** Thursday, February 16, 2023 12:37 PM
**To:** Dan Lazaro <dan.lazaro@bipc.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; PBoyle@kilpatricktownsend.com; cfahmy@kilpatricktownsend.com; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com; eric.sitarchuk@morganlewis.com; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>; Eduardo Bertran <ebertran@armaslaw.com>
**Subject:** RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

Counsel –

    We have recently identified specific claims paid by Plaintiffs' Assignors as a result of the Co-Payment Circumvention Scheme. We seek your concurrence to supplement the complaint under Rule 15(d) with an exhibit where we'd be providing the Court, and Defendants, with an excel sheet identifying claims relating to specific beneficiaries that were funneled through CVC, resulting in payment to Defendants for the drugs at issue in this case. Please advise whether you will concur to such relief. Upon providing your concurrence, we will prepare a stipulated order reflecting our agreement and provide a copy of the proposed exhibit.
    If you will not concur, please advise as to the reasons for withholding such concurrence, as we will need to bring this matter to the Court's attention. Please advise by 10 a.m. tomorrow, as we plan to notify the Court before the weekend.

Thank you

Adam S. Akeel, Esq.
**Akeel & Valentine, PLC**
888 W. Big Beaver Road
Suite 420
Troy, MI 48084
Tel: (248) 269-9595
Cell: (248) 229-2935
Email: adam@akeelvalentine.com

**EXHIBIT A**                                                                  **10**

Website: www.akeelvalentine.com



**From:** Adam Akeel
**Sent:** Saturday, January 21, 2023 2:54 PM
**To:** Dan Lazaro <dan.lazaro@bipc.com>; Eduardo Bertran <ebertran@armaslaw.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; PBoyle@kilpatricktownsend.com; cfahmy@kilpatricktownsend.com; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com; eric.sitarchuk@morganlewis.com; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Subject:** RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

Dan –

After much consideration, we cannot agree to extend Defendants' deadline to respond beyond the nearly three-month *extension* already provided by the Court. We will file a memorandum in opposition to any request for further time.

Respectfully, the Court was clear. Defendants are to file one consolidated motion to dismiss no later than February 3rd. Given the current procedural posture of the case, we believe the Court is in the best position to determine whether additional time should be permitted.

That said, we will continue to endeavor to be reasonably accommodating where appropriate.

Thank you,

Adam S. Akeel, Esq.
**Akeel & Valentine, PLC**
888 W. Big Beaver Road

**EXHIBIT A**                                                                      **11**

Suite 420
Troy, MI 48084
Tel: (248) 269-9595
Cell: (248) 229-2935
Email: adam@akeelvalentine.com
Website: https://www.akeelvalentine.com/attorney/adam-s-akeel/



**CONFIDENTIALITY NOTICE** - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify me by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.

**From:** Dan Lazaro <dan.lazaro@bipc.com>
**Sent:** Friday, January 20, 2023 3:06 PM
**To:** Adam Akeel <adam@akeelvalentine.com>; Eduardo Bertran <ebertran@armaslaw.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; PBoyle@kilpatricktownsend.com; cfahmy@kilpatricktownsend.com; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com; eric.sitarchuk@morganlewis.com; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Subject:** RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

Adam, I just called to discuss but was advised that you were not available. I am available anytime this afternoon.

We are attempting to reach an agreement and in one request to the Court so that all Defendants have adequate time to review the Court's rulings on the motions for reconsideration and separate motions to dismiss when they are entered and respond accordingly. If you object to the 30 days in whole or in part, please let us know, as we will need to file an opposed motion.

**EXHIBIT A**                                                  **12**

Thanks,
Dan

**Dan Lazaro**
**Attorney**

One Biscayne Tower
Two South Biscayne Boulevard
Suite 1500
Miami, FL  33131-1822
305 347 4081 (o)
dan.lazaro@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**

---

**From:** Adam Akeel <adam@akeelvalentine.com>
**Sent:** Thursday, January 19, 2023 8:22 PM
**To:** Dan Lazaro <dan.lazaro@bipc.com>; Eduardo Bertran <ebertran@armaslaw.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; PBoyle@kilpatricktownsend.com; cfahmy@kilpatricktownsend.com; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com; eric.sitarchuk@morganlewis.com; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Subject:** Re: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

[This Email Originated From adam@akeelvalentine.com Which Is External To The Firm]

Dan - I think we can all agree this is not a simple ask, under the circumstances. The date set was selected by the Court. We will discuss and get back to you.

Thank you

Adam S. Akeel, Esq.
**Akeel & Valentine, PLC**
888 W. Big Beaver Road

EXHIBIT A                                               13

Suite 420
Troy, MI 48084
Tel: (248) 269-9595
Cell: (248) 229-2935
Email: adam@akeelvalentine.com
www.akeelvalentine.com

---

**From:** Dan Lazaro <dan.lazaro@bipc.com>
**Sent:** Thursday, January 19, 2023 3:56:13 PM
**To:** Adam Akeel <adam@akeelvalentine.com>; Eduardo Bertran <ebertran@armaslaw.com>
**Cc:** mmena@msprecoverylawfirm.com <mmena@msprecoverylawfirm.com>; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; PBoyle@kilpatricktownsend.com <PBoyle@kilpatricktownsend.com>; cfahmy@kilpatricktownsend.com <cfahmy@kilpatricktownsend.com>; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com <matthew.papkin@morganlewis.com>; eric.sitarchuk@morganlewis.com <eric.sitarchuk@morganlewis.com>; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Subject:** RE: Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

Adam and Eduardo:

Following up on my email from yesterday, please let us know your position on the request for extension below. I am also available if you want to discuss.

Thanks,
Dan

**EXHIBIT A**                  **14**

## Dan Lazaro
**Attorney**

One Biscayne Tower
Two South Biscayne Boulevard
Suite 1500
Miami, FL  33131-1822
305 347 4081 (o)
dan.lazaro@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

### Buchanan Ingersoll & Rooney PC

---

**From:** Dan Lazaro
**Sent:** Wednesday, January 18, 2023 3:26 PM
**To:** Adam Akeel <adam@akeelvalentine.com>; Eduardo Bertran <ebertran@armaslaw.com>
**Cc:** mmena@msprecoverylawfirm.com; John Cleary <jcleary@msprecoverylawfirm.com>; Miranda L. Soto <miranda.soto@bipc.com>; Raquel A. Rodriguez <raquel.rodriguez@bipc.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Curtis, Aaron J. <Aaron.Curtis@weil.com>; Kleinwaks, Jason <Jason.Kleinwaks@weil.com>; Lang, Tom <TLang@kilpatricktownsend.com>; PBoyle@kilpatricktownsend.com; cfahmy@kilpatricktownsend.com; David L. Ferguson <ferguson@kolawyers.com>; Maggie Fowler <maggie@akeelvalentine.com>; Janpaul Portal <jportal@msprecoverylawfirm.com>; Shereef Akeel <shereef@akeelvalentine.com>; Sam Simkins <sam@akeelvalentine.com>; Daniel Cermak <daniel@akeelvalentine.com>; Hayden Pendergrass <hayden@akeelvalentine.com>; Emad Hamadeh <emad@akeelvalentine.com>; Tanya Kurtz <tanya@akeelvalentine.com>; Aida Landa <alanda@msprecoverylawfirm.com>; matthew.papkin@morganlewis.com; eric.sitarchuk@morganlewis.com; McCarthy, Ryan P. <ryan.mccarthy@morganlewis.com>; Suehiro, Megan A. <megan.suehiro@morganlewis.com>; Hasbun, Marcos E. <mhasbun@zuckerman.com>
**Subject:** Conferral on extension of time to respond to Second Amended Complaint - MSP v. United Therapeutics Corporation et al – Case No. 21-cv-21317-GAYLES/TORRES (S.D. Fla.)

Dear Adam and Eduardo:

As you may recall, the Court extended the deadline for the Defendants to file their motions to dismiss to February 3rd while the Court is "currently adjudicating the pending motion for reconsideration that may moot answers/replies from newly added defendants". Following that order, the parties submitted proposals for briefing the motions to dismiss, which also remain pending.

Since the Court has not yet ruled and we are approaching the February 3rd deadline, the Defendants (minus Adira, which has not yet retained new counsel as far as we know) will be moving simply to extend the deadline 30 days while the Court considers the pending motions. The new deadline would be March 6th. Please let us know if you are agreeable or wish to discuss.

**EXHIBIT A**                                                             15

Thanks,
Dan

**Dan Lazaro**
Attorney

One Biscayne Tower
Two South Biscayne Boulevard
Suite 1500
Miami, FL  33131-1822
305 347 4081 (o)
dan.lazaro@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney** PC

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

Confidentiality Notice:

EXHIBIT A                                                                 16

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

---

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.